UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
**IRIS WINNIFRED CATO,**                        )         Case No. 15-19606 EEB
SSN: xxx-xx-6754                                )         Chapter 7
                                                )
    Debtor.                                     )

_____

ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION TO
DISMISS CASE

_____

This matter came on before the Court on the United States Trustee's motion seeking orders, under 11 U.S.C. §§ 105 and 707(a) finding that cause exists for the dismissal of this case and for the entry of an order restricting the Debtor, Iris Winnifred Cato, from filing additional bankruptcy cases in which she is not eligible for a discharge under 11 U.S.C. §§ 727(a) or 1328 (the "Motion"). The Debtor did not oppose dismissal of this case if the discharge she received in case no. 13-31013 EEB remained valid. The Court has ruled that that discharge remains effective. Accordingly,

**IT IS ORDERED** that the above-captioned be **DISMISSED.**

**IT IS FURTHER ORDERED** that, pursuant to the authority of *In re Frieof*, 938 F.2d 1099 (10th Cir. 1991), the Court lacks authority to impose the restrictions on future filings that the United States Trustee seeks and, to that extent, the Motion is denied.

Done: December 17, 2015

By the Court:

_____
Hon. Elizabeth E. Brown,
United States Bankruptcy Judge